UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DENNIS H. JOHNSON

CRIMINAL ACTION

NO. 06-98-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 21, 2011 (doc. 82). The defendant filed an objection which essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 3rd day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA