UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS

DENNIS H. HOHNSON                                           NO. 06-0098-JJB-DLD

### RULING ON MOTION FOR CERTIFICATE OF APPEALABILITY

Having separately issued a final Order in connection with the above-captioned proceeding,

in which the detention complained of arises out of process issued by a state court or the final order

in a proceeding under 28 U.S.C. § 2255, and having considered the record in the case and the

requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, the

Court hereby finds that:

_____        a substantial showing of the denial of a constitutional right on the issues(s)
               stated below having been made, the petitioner's Motion for a Certificate of
               Appealability is **GRANTED.**

ISSUE(S):

X              a substantial showing of the denial of a constitutional right having not been
               made, the petitioner's Motion for a Certificate of Appealability is **DENIED** for
               the reasons set forth in the Magistrate Judge's Report.

Baton Rouge, Louisiana, this ___9th___ day of ~~February~~ March, 2010.

                                          JAMES J. BRADY
                                          UNITED STATES DISTRICT JUDGE